

900 Wayzata Blvd East
MAC N9212-011
Wayzata, MN 55391
612-316-0821

Mr. Jeffrey Ross
Stellaris Films
8501 Desert Holly Dr.
Las Vegas, NV 89134

RE: The feature film:   *Acre Beyond the Rye*
in Association with SkinFly Entertainment

Dear Mr. Jeffrey Ross,

Chris Dotson has been a customer of Wells Fargo for 10 years. Mr. Dotson has the ability to procure funds up to $5,000,000 for the purpose to fund the film - *Acre Beyond the Rye*.

Please note that Mr. Dotson has always maintained his loan and deposit accounts in a satisfactory manner and in accordance with agreed upon terms.

Please direct any questions that you may have to me.

Sincerely,

*[signature]*

Marin M. Marine
Assistant Vice President - Business Relationship Manager
Wayzata Office | 900 Wayzata Blvd East | MAC N9212-011 | Wayzata, MN 55391
Office: 612-316-0821 | Work Cell: 612-704-4015

EXHIBIT 1