

**STATE OF MISSISSIPPI**
PHIL BRYANT, GOVERNOR
**MISSISSIPPI DEVELOPMENT AUTHORITY**
GLENN MCCULLOUGH, JR.
EXECUTIVE DIRECTOR

July 23, 2015

Mr. Alan Steinman
The Acre Beyond the Rye, LLC
16430 Ventura Blvd., 305
Encino, CA 91436

RE: Rebate Amendment of *The Acre Beyond the Rye* for eligibility under the Mississippi Motion Picture Incentive Act

Dear Mr. Steinman:

Enclosed is the Mississippi Motion Picture Certificate discussed at the July 23, 2015, meeting of the Mississippi Development Authority ("MDA") wherein the above-mentioned rebate amendment was approved. The MDA certification number is MP-268A.

We advise you to contact Mr. Phillip Griffin or Mr. Sam Portera with the Mississippi Department of Revenue at your earliest convenience to clarify their reporting and audit process in order to fully realize your rebate. You will also need to contact them to receive the proper forms and paperwork needed for your tax reduction on certain production equipment as outlined in the incentive guidelines. Their contact information is:

Phillip Griffin
Office of Tax Policy and Economic Development
Mississippi Department of Revenue
P. O. Box 1033
Jackson, Mississippi 39215
(601) 923-7194
Phillip.Griffin@dor.ms.gov

Sam Portera
Office of Tax Policy and Economic Development
Mississippi Department of Revenue
P.O. Box 1033
Jackson, MS 39215
(601) 923-7317
Sam.portera@dor.ms.gov

If I may be of further assistance, please don't hesitate to contact me at (601) 359-3422.

Sincerely,

Ward Emling
Manager, Mississippi Film Office

Enclosure

cc:  Phillip Griffin, Mississippi Department of Revenue
     Sam Portera, Mississippi Department of Revenue
     Sally Williams, MDA, Financial Resources
     Malcolm White, MDA, Visit Mississippi

EXHIBIT 2

# ORDER OF THE MISSISSIPPI DEVELOPMENT AUTHORITY CERTIFYING *The Acre Beyond the Rye* UNDER THE MOTION PICTURE INCENTIVE ACT.

### Amended

**WHEREAS**, this Authority has heard and taken oral and documentary evidence and has made full investigation of the matter and

**WHEREAS**, *The Acre Beyond the Rye* is certified as a Motion Picture as defined in Section 57-89-2, Mississippi Code of 1972, as Amended, and is eligible for a rebate on qualified Mississippi expenditures in an amount not to exceed five hundred forty-five thousand dollars.

**IT IS, THEREFORE, ORDERED AS FOLLOWS**:

This Mississippi Motion Picture Incentive Certificate (the "Certificate") requested by The Acre Beyond the Rye, LLC (the "Entity") is hereby granted and issued in the following form:

## MISSISSIPPI MOTION PICTURE CERTIFICATE  MP-268A

| | |
|---|---|
| **Anticipated Mississippi Spend** | $ 2,100,000 |
| **Anticipated Mississippi Wages** | $ 400,000 |
| **Maximum Mississippi Rebate Allowed** | $ 545,000 |
| **Certificate Expiration Date** | May 19, 2016 |

*The production must meet minimum Mississippi expenditures and reporting requirements as set forth by state statute and the rules and regulations of the MDA and the Mississippi State Tax Commission. Approval of allowable expenditures is solely at the discretion of the State Tax Commission.*

**EFFECTIVE DATE:**   May 20, 2015

Mississippi Development Authority

By: Glenn McCullough, Jr.
Executive Director

Date Executed: July 23, 2015