**Tom Schedler**
**SECRETARY OF STATE**

05/11/2015

**State of Louisiana**
**Secretary of State**

COMMERCIAL DIVISION
225.925.4704

Administrative Services
225.932.5317 Fax
Corporations
225.932.5314 Fax
Uniform Commercial Code
225.932.5318 Fax

ONLINE FILING
courtlandthomas@me.com

ACRE BEYOND THE RYE LLC

It has been a pleasure to approve and place on file your articles of organization. The appropriate evidence is attached for your files.

Payment of the filing fee is acknowledged by this letter.

Online filing options are available if changes are necessary to your registration or you need to file an annual report. Please visit our website at **GeauxBiz.com** for your future business needs.

Sincerely,

The Commercial Division
WEB



EXHIBIT 3



# Tom Schedler
## SECRETARY OF STATE

As Secretary of State, of the State of Louisiana, I do hereby Certify that

a copy of the Articles of Organization and Initial Report of

**ACRE BEYOND THE RYE LLC**

Domiciled at LAFAYETTE, LOUISIANA,

Was filed and recorded in this Office on May 11, 2015,

And all fees having been paid as required by law, the limited liability company is authorized to transact business in this State, subject to the restrictions imposed by law, including the provisions of R.S. Title 12, Chapter 22.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

May 11, 2015

*Secretary of State*
WEB 41882861K

Certificate ID: 10598805#AES93

To validate this certificate, visit the following web site, go to **Business Services, Search for Louisiana Business Filings, Validate a Certificate**, then follow the instructions displayed.
www.sos.la.gov

Page 1 of 1 on 5/11/2015 10:14:29 AM

**Tom Schedler**
SECRETARY OF STATE

May 11, 2015

**State of Louisiana**
**Secretary of State**



COMMERCIAL DIVISION
225.925.4704

Administrative Services
225.932.5317 Fax
Corporations
225.932.5314 Fax
Uniform Commercial Code
225.932.5318 Fax

The attached document of ACRE BEYOND THE RYE LLC was received and filed on May 11, 2015.

WEB 41882861K

Rev 08/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.la.gov

## STATE OF LOUISIANA
## ARTICLES OF ORGANIZATION
## (R.S. 12:1301)

**1. The name of this limited liability company is:** ACRE BEYOND THE RYE LLC

**2. This company is formed for the purpose of:** engaging in any lawful activity for which limited liability companies may be formed

**3. The duration of this limited liability company is (may be perpetual):** PERPETUAL

**4. Other Provisions:**

By typing my name below, I hereby certify that I am the organizer. The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.

**Electronic Signature:** COURTLAND THOMAS (5/9/2015)

**Title:** AGENT

## LIMITED LIABILITY COMPANY INITIAL REPORT
## (R.S. 12:1305 (E))

**1. The name of this limited liability company is:** ACRE BEYOND THE RYE LLC

**2. The location and municipal address, not a post office box only, of this limited liability company's registered office:**

128 DEMANADE BLVD
SUITE 214
LAFAYETTE, LA  70503

**3. The full name and municipal address, not a post office box only, of each of this limited liability company's registered agent(s) is/are:**

COURTLAND THOMAS
128 DEMANADE BLVD
SUITE 214
LAFAYETTE, LA  70503

**4. The name and municipal address, not a post office box only, of the managers or members:**

LYLE HOWRY (Manager, Member)
16430 VENTURA BLVD
# 305
ENCINO, CA  91436

RICHARD CRAIG MANLEY (Member)
16430 VENTURA BLVD

# 305
ENCINO, CA  91436

BARRY ALLEN BERNSTEIN (Member)
16430 VENTURA BLVD
# 305
ENCINO, CA  91436

By typing my name below, I hereby certify that I am the organizer. The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.

**Electronic Signature:** COURTLAND THOMAS (5/9/2015)

**Title:** AGENT