**From:** Jeff Ross <jeff@stellarisfilms.com>
**Date:** July 27, 2015 at 5:25:52 PM CDT
**To:** "nick@dofflin.com" <nick@dofflin.com>
**Subject: Re: DGA and Sag Wiring and amounts**

Nick and Ted,

To reiterate our deal:
In return for helping and successfully arranging the bridge loan for the SAG and DGA bond,
Acre Beyond the Rye is offering each of you Co-Executive Producer credits, and one point each
(total of two) on the back end.

Jeff Ross
Producer


Sent from my iPhone

On Jul 27, 2015, at 1:35 PM, Jeff Ross <jeff@stellarisfilms.com> wrote:


Sent from my iPhone

Begin forwarded message:

**From:** Lyle Howry <lyle@skinflyentertainment.com>
**Date:** July 26, 2015 at 3:28:49 PM CDT
**To:** Jeff Ross <jeff@stellarisfilms.com>
**Subject: DGA and Sag Wiring and amounts**


**DGA -**
**The DGA Payroll Deposit Amount of $27,180.00 must be deposited with our payroll service.**
**Instructions:**

The beneficiary for the wire must be in this exact name:

FORWARD PROCESSING CA, INC.
ACCT #14593-38411

Bank:
BANK OF AMERICA
2049 Century Park East
Los Angeles, CA  90067
888-400-9009



EXHIBIT
**4**

Routing #026009593
Swift Code BOFAUS3N * CHIPS #0959

SAG:

**SAG-AFTRA's wire transfer info:** $252,545  Deposit.
Citibank FSB
One World Trade Center, Suite #100
Long Beach, CA 90831

SAG-AFTRA ACCOUNT
Routing # 322271724
Account # 00200258085

**Please put Aaron Kemp's name on the wire transfer form and the title of the production.**
If needed the Swift Code is CITIUS33


$252,545



Sincerely
Lyle Howry
CEO
Skinfly Entertainment LLC Distribution/Production
SkinflyTV
Website:http://www.skinflyentertainment.com
Email:lyle@skinflyentertainment.com
IMDB:https://pro-labs.imdb.com/name/nm0398257/
http://www.imdb.me/httpwww.imdb.me.lylehowry

North Hollywood, Ca                    9350 Wilshire Blvd, Suite 203,
5619 Lankershim Blvd Site 123          Beverly Hills, CA 90212
North Hollywood, CA 91601              310-362-1567
Ph: 310-362-1567

310-362-1568 Fax

Ph: 646-535-3775


310-362-1568 Fax
SKYPE-flmmaker49

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

This item/document/material contains confidential trade secret information  owned by

Skinfly Entertainment and/or its affiliated companies. This information is protected by applicable state law and may be protected by the federal Economic Espionage Act OF 1996 (18 U.S.C. Sec. 1831), which provides for criminal penalties of up to 15 years in prison and/or a fine for stealing, receiving, possessing and/or duplicating any information contained herein.

**NON-DISCLOSURE AGREEMENT: Upon reading this email and contents, the Parties hereby agree that they will not make any contact with, communicate with, deal with, or otherwise be involved in any transaction(s) with any persons, entities, associations, banking or lending institutions, trusts, corporations, companies, individuals, lenders or borrowers, buyers or sellers, or any third party to this Agreement, without first obtaining the express, specifics written consent of the introducing, locating or identifying party.**

**CONFIDENTIALITY NOTICE: This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.**