# PROMISSORY NOTE

**Borrowers:** Acre Beyond the Rye, LLC of 16130 Ventura Blvd Suite 214, Encino, CA 91436 (managing member Lyle Howry)

**Lender:** Jeremy Christopher of 8314 Greens Down Cove, Germantown, TN 38138 (the "Lender");

**Principal Amount:** $140,000.00 USD

1. FOR VALUE RECEIVED, The Borrower promises to pay to the Lender at such address as may be provided in writing to the Borrower, the principal sum of $140,000.00 USD, with interest payable on the unpaid principal at the rate of 10.00 percent per annum, calculated monthly, in advance.

2. This Note will be repaid in full on August 5th, 2015.

3. At any time while not in default under this Note the Borrower may pay the outstanding balance then owing under this Note to the Lender without further bonus or penalty.

4. All costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by the Lender in enforcing this Note as a result of any default by the Borrower, will be added to the principal then outstanding and will immediately be paid by the Borrower.

5. If any term, covenant, condition or provision of this Note is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Note will in no way be affected, impaired or invalidated as a result.

6. This Note will be construed in accordance with and governed by the laws of the State of Mississippi.

7. This Note will enure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns of the Borrower and the Lender. The Borrower waives presentment for payment, notice of non-payment, protest and notice of protest.

8. If repayment deadline is not met, there will be an additional rate 5% per month beginning the day after the deadline.

IN WITNESS WHEREOF the parties have duly affixed their signatures under seal on this 27th day of July, 2015.

SIGNED, SEALED, AND DELIVERED
this 27th day of July, 2015

Acre Beyond the Rye, LLC (manager Lyle Howry)
Per: _____ (SEAL)

SIGNED, SEALED, AND DELIVERED
this 27th day of July, 2015

Jeremy Christopher

Witness: _____

EXHIBIT 6