Personal Guarantee

**Dofflin Strategies**

**ATTN: Ted DiBiase Jr.**

**ATTN: Nicholas Coughlin**

This letter pertains to the email dated 7/27/15, subject "movie paperwork", which has been sent to Jeremy Christopher from Dofflin Strategies to provide a loan of $140,000.00 to the Screen Actors Guild (parties subject to change) for and on behalf of the film Acre Beyond the Rye, for Acre Beyond the Rye LLC of 16430 Ventura Blvd Suite 214, Encino, CA 91436. The terms are 10% Return of Investment to be paid back in full by August 5, 2015 totaling $154,000.00 net return to Jeremy Christopher. In addition, Jeremy Christopher is to receive Producer Credit (in a limited capacity) as well as (in a limited capacity) on-site access to film sites as well as children to be in the film in some capacity.

-This letter firmly provides that if for any reason, Acre Beyond the Rye or associated parties cannot pay back the loan in said terms, Lyle Howry (owner of SkinFly Entertainment) will guarantee the payback of $154,000.00 plus 10% for every 45 days that the payment is not made.

Jeremy Christopher

_____ Date: 7/28/15  Witness: _____ Date: 7-28-15

Lyle Howry (owner of SkinFly Entertainment)

_____ Date: 7-27/5  Witness: _____ Date: 7-27-15



EXHIBIT 7