# AGREEMENT

I, Lyle Howry, declare and certify that the foregoing is true and correct:

1. On July 27, 2015, as the managing member of Acre Beyond the Rye, LLC, I, Lyle Howry, executed a Promissory Note on behalf of Acre Beyond the Rye, LLC to pay Bobby Elmore the principal sum of $140,000.00, in full, by August 5th, 2015.

2. On or about July 27, 2015, as the managing member of Acre Beyond the Rye, LLC, I, Lyle Howry, executed a Promissory Note on behalf of Acre Beyond the Rye, LLC to pay Jeremy Christopher the principal sum of $140,000.00, in full, by August 5th, 2015.

3. I agree and acknowledge that the Promissory Notes referenced herein are binding and that Acre Beyond the Rye, LLC is bound by the provisions set forth therein.

4. I agree and acknowledge that as of the date of this AGREEMENT that neither Bobby Elmore nor Jeremy Christopher have been paid according to the terms of the Promissory Note(s) executed on behalf of Acre Beyond the Rye, LLC.

5. On January 15, 2016, as the managing member of Acre Beyond the Rye, LLC, I, Lyle Howry, agreed that Check Number 100210982 totaling $32,110.28 will be deposited into the bank account of Acre Beyond the Rye, LLC, and that the total amount deposited ($32,110.28) shall be made payable to Bobby Elmore and Jeremy Christopher.

6. I certify that Check Number 100210982 was issued by The State of Mississippi Department of Finance and Administration and made payable to Acre Beyond the Rye, LLC for the rebate request submitted by The Acre Beyond the Rye, LLC. related to *The Acre Beyond the Rye*, MP-268A.

7. I acknowledge and agree that the funds from Check Number 100210982 is a partial payment of the debt owed to Bobby Elmore and Jeremy Christopher as set forth in the Promissory Note(s) referenced herein.

8. I declare and certify that Acre Beyond the Rye, LLC will satisfy the remaining balance owed to Bobby Elmore and Jeremy Christopher according to the terms and conditions set forth in the Promissory Note(s) referenced herein.

Witness my signature this the 21 day of January, 2016

_____
LYLE HOWRY

SWORN TO AND SUBSCRIBED before me, this the 21 day of JANUARY, 2016.

_____
NOTARY PUBLIC, in and for the State
Of CALIFORNIA

(SEAL)

My Commission Expires: 02/11/2016

EXHIBIT 8

MICAH HOLLAND
Commission # 1969254
Notary Public - California
Los Angeles County
My Comm. Expires Feb 11, 2016