## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**ROBERT ELMORE; JEREMY CHRISTOPHER**            **PLAINTIFFS**
**TED DIBIASE, JR.; NICHOLAS COUGHLIN; AND**
**DOFFLIN, LLC D/B/A**
**DOFFLIN MEDIA GROUP,**
**DOFFLIN MANAGEMENT, LLC, AND**
**DOFFLIN STRATEGIES**

**V.**            **CAUSE NO. 3:17-cv-173-TSL-LRA**

**LYLE HOWRY, RICHARD CRAIG MANLEY,**
**AND ANDRE GORDON, INDIVIDUALLY, AND AS**
**OWNERS OF ACRE BEYOND THE RYE, LLC;**
**SKINFLY ENTERTAINMENT;**
**LYLE HOWRY, INDIVIDUALLY, AND**
**AS THE OWNER OF SKINFLY ENTERTAINMENT;**
**CHRIS DOTSON, INDIVIDUALLY, AND AS THE**
**MANAGER OF CINEVIEW 3D STUDIOS, LLC; AND**
**JOHN DOES 1-10**            **DEFENDANTS**

### CORPORATE DISCLOSURE STATEMENT

Plaintiff Dofflin, LLC, by and through counsel, pursuant to Fed. R. Civ. P. 7.1 and L.U. Civ. R. 7(c) files this CORPORATE DISCLOSURE STATEMENT in the above referenced matter and states the following:

1. Plaintiff Dofflin, LLC d/b/a Dofflin Media Group, LLC, Dofflin Management, LLC, and Dofflin Strategies (hereinafter "Dofflin") is a limited liability company organized and existing under the laws of the state of Mississippi, with its principal place of business located in Madison County, Mississippi;

2. Plaintiff Dofflin is solely owned and operated by its managers, Mississippi residents Nicholas Coughlin and Ted DiBiase, Jr.; and,

1

3. Plaintiff Dofflin is not a publicly traded company and has no parent corporation. No publicly-held company owns 10% or more of its stock.

This the 16th day of March, 2017.

**DOFFLIN, LLC D/B/A DOFFLIN MEDIA GROUP AND DOFFLIN MANAGEMENT, LLC, PLAINTIFFS**

BY:   */s/ Graham P. Carner*
       GRAHAM P. CARNER

**OF COUNSEL:**

Graham P. Carner (MSBN 101523)
GRAHAM P. CARNER, PLLC
775 N. Congress Street
Jackson, MS 39202
T: 601.949.9456
F: 601.354.7854
E: graham.carner@gmail.com

Rocky Wilkins (MSBN 99707)
ROCKY WILKINS LAW FIRM, PLLC
475 E. Capitol Street
Jackson, MS 39201
T: 601-948-6888
F: 601-948-6889
E: rocky@rockywilkinslaw.com

Ben Wilson (MSBN 103586)
MORGAN & MORGAN, P.A.
4450 Old Canton Road
Suite 200
Jackson, MS 39211
T: 601-718-0940
F: 601-949-3399
E: bwilson@forthepeople.com